# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANN MARIE DIETRICH,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:10-cv-1898-Orl-22DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on review of the Commissioner's decision to deny Plaintiff's applications for Social Security Disability Insurance benefits and Supplemental Security Income .

The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be reversed and remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 19, 2011 (Doc. No. 21) is ADOPTED and CONFIRMED and made a part of this Order.

2. The decision of the Commissioner is hereby REVERSED, and this matter is REMANDED to the Commissioner of Social Security for further record development and administrative proceedings under sentence four of 42 U.S.C. 405(g).

3. The Clerk is directed to enter judgment accordingly, and **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 8, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge