**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANN MARIE DIETRICH,**

        **Plaintiff,**

**-vs-**                                   **Case No. 6:10-cv-1898-Orl-22DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 26) filed on January 9, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 10, 2012 (Doc. No. 27) is ADOPTED and CONFIRMED and made a part of this Order.

2. Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 26) is GRANTED in part.

3. Plaintiff is hereby awarded attorneys' fees in the amount of $4,767.35. The Clerk is directed to enter a judgment accordingly.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 25, 2012.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge