# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANN MARIE DIETRICH,**

    **Plaintiff,**

**v.**                **Case No:   6:10-cv-1898-Orl-22DAB**

**COMMISSIONER OF SOCIAL
SECURITY,**

    **Defendant.**

_____

## ORDER

This cause is before the Court on Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. §406(b) (Doc. No. 30) filed on February 25, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.  The Report and Recommendation filed February 27, 2014 (Doc. No. 31), is ADOPTED and CONFIRMED and made a part of this Order.

2.  The Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. §406(b) (Doc. No. 30) is hereby GRANTED in part. Mr. Culbertson is authorized to charge his client $20,614.40 consistent with the fee agreement, and the Court's factual findings.

**DONE** and **ORDERED** in Orlando, Florida on March 14, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties